FILED

04/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0533

_____

NATIONAL INDEMNITY COMPANY,

     Plaintiff and Appellant,

v.

STATE OF MONTANA,

     Defendant and Appellee,

   and

TERRY JELLESED, RAYMOND ABRAHAMSON,
RANDALL BAETH, MARLISE BAILEY, DELMAS
BROOKS, SHIRLEY CHAPMAN, RUTH FORE,
JEFFERY GOVI, THOMAS  JENKINS, JAMES
McNULTY, AND PHILLIP PEREZ,

     Interveners.

O R D E R

_____

Lorelie S. Masters of Washington, D.C., has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Masters is currently in good standing with another state jurisdiction in which she is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner Masters and the second appearance of her firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Lorelie S. Masters to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Lorelie S. Masters, to all counsel of record in this appeal, and to the State Bar of Montana.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 17 2020